trict Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Foust, Appellant.

Submitted April 14, 1969. *W. Parker Ruddock,* for appellant; *W. Thomas Malcolm,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Appellant's Post Conviction Hearing Act petition alleges specific, nonfrivolous facts uncontroverted by the record which, if accepted as true, entitled him to relief. *In Re Gault,* 387 U.S. 1 (1967). Accordingly, the order of the court below dismissing the petition without a hearing is vacated and the record is remanded with directions to hold an evidentiary hearing to determine whether appellant was denied the assistance of counsel at the time he was adjudicated delinquent. *Commonwealth v. Wood,* 425 Pa. 612, 230 A. 2d 729 (1967).

## Commonwealth *v.* Fry, Appellant.

Argued April 15, 1969. *Robert L. Wolfe,* with him *Wolfe & Hessley,* for appellant; *H. Robert Hampson,* District Attorney, with him *John E. Eberly,* Assistant District Attorney, for Commonwealth, appellee.

Order and judgment affirmed.